**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| FRANK JAMES CAPOZZI, SR., | : No. 180 MAL 2017 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| UNEMPLOYMENT COMPENSATION | : |
| BOARD OF REVIEW, | : |
| | : |
| Respondent | : |
| | |
| FRANK JAMES CAPOZZI, SR., | : No. 181 MAL 2017 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| UNEMPLOYMENT COMPENSATION | : |
| BOARD OF REVIEW, | : |
| | : |
| Respondent | : |
| | |
| FRANK JAMES CAPOZZI SR., | : No. 182 MAL 2017 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| UNEMPLOYMENT COMPENSATION | : |
| BOARD OF REVIEW, | : |
| | : |
| Respondent | : |

**ORDER**

**PER CURIAM**

**AND NOW**, this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.